08 CV 01684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
FELIX MARITIME PTE LTD.

                Plaintiff,

- against -

MINERVA SHIPPING & TRADING

                Defendant.
------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: February 20, 2008
       New York, NY

                The Plaintiff,
                FELIX MARITIME PTE LTD.

                By: _____
                Claurisse Campanale-Orozco (CC 3581)
                Thomas L. Tisdale (TT 5263)
                TISDALE LAW OFFICES, LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 – phone
                (212) 869-0067 – fax
                corozco@tisdale-law.com
                ttisdale@tisdale-law.com