UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FELIX MARITIME PTE LTD.

           Plaintiff,

- against -

MINERVA SHIPPING & TRADING

           Defendant.
------------------------------------------------------X

08 CV 01684

08 CV ____
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**ORDER APPOINTING SPECIAL PROCESS**
**SERVER PURSUANT TO F.R.C.P. RULE 4(C)**

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to February 20, 2008, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process, including any amended pleadings filed herein, upon Defendant herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by Plaintiff, may hold assets for or on account of the Defendant; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) / banking institutions continuously throughout the day, any cop of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: Feb. 20, 2008

SO ORDERED,

Thomas P. Griesa
United States District Judge