11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

August 7, 2008

RECEIVED
AUG - 8 2008
CHAMBERS OF
JUDGE GRIESA

*Via Overnight Courier*
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1630
New York, NY 10007

Re:   **Felix Maritime Pte. Ltd. v. Minerva Shipping & Trading**
       Docket Number: 08 Civ. 1684
       Our Reference Number: 08-1833

Honorable Sir:

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On February 21, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Despite the fact that we have attached $71,894.23 of the Defendant's funds in this matter, the Defendant has still not appeared.

    As the undersigned will be out of the office the week of August 11, 2008 as well as the later part of August, we respectfully request a 30-day adjournment of the initial pre-trial conference scheduled for August 13, 2008. This is the second request for an adjournment of a pre-trial conference in this matter. Its original date was May 16, 2008 and your Honor granted that request for adjournment. We will continue to serve the Writ of Attachment in order to further secure Plaintiff's claim and obtain jurisdiction over the Defendant. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

*Approved.*
*Thomas P. Griesa*
*JSWJ*
*8/8/08*

We thank your Honor for your indulgence in this request.

Respectfully submitted,

Claurisse Campanale-Orozco

dk